IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hollivay, Carrie Jenette | Case Number: 04 B 25207 |
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 7/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 4, 2008
Confirmed: August 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 37,975.04 | |
| Secured: | | 923.25 |
| Unsecured: | | 30,407.29 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,969.47 |
| Other Funds: | | 1,975.03 |
| Totals: | 37,975.04 | 37,975.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 923.25 | 923.25 |
| 5. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 6. | Midfirst Bank | Unsecured | 250.00 | 250.00 |
| 7. | Specialized Management Consultants | Unsecured | 538.64 | 652.37 |
| 8. | Resurgent Capital Services | Unsecured | 161.82 | 195.99 |
| 9. | ECast Settlement Corp | Unsecured | 672.88 | 814.94 |
| 10. | ECast Settlement Corp | Unsecured | 2,754.49 | 3,336.06 |
| 11. | Card Processing Center | Unsecured | 1,005.54 | 1,217.84 |
| 12. | Illiana Financial Credit Union | Unsecured | 967.43 | 1,171.68 |
| 13. | ECast Settlement Corp | Unsecured | 227.01 | 274.94 |
| 14. | RoundUp Funding LLC | Unsecured | 454.11 | 549.99 |
| 15. | American Express | Unsecured | 3,370.27 | 4,081.85 |
| 16. | Resurgent Capital Services | Unsecured | 805.18 | 975.18 |
| 17. | Resurgent Capital Services | Unsecured | 2,615.54 | 3,167.77 |
| 18. | Retailers National Bank | Unsecured | 267.58 | 324.08 |
| 19. | ECast Settlement Corp | Unsecured | 4,783.72 | 5,793.73 |
| 20. | ECast Settlement Corp | Unsecured | 1,086.23 | 1,315.57 |
| 21. | Resurgent Capital Services | Unsecured | 2,361.65 | 2,860.27 |
| 22. | Resurgent Capital Services | Unsecured | 2,827.96 | 3,425.03 |
| 23. | Washington Mutual Finance | Secured | | No Claim Filed |
| 24. | Household Credit Services | Unsecured | | No Claim Filed |
| 25. | Wal Mart Stores | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hollivay, Carrie Jenette

Printed:  4/22/08

Case Number:  04 B 25207
Judge:  Hollis, Pamela S
Filed:  7/6/04

| | | | |
|---|---|---|---|
| 26. J C Penney Co Inc | Unsecured | | No Claim Filed |
| 27. Resurgent Capital Services | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 28,773.30 | $ 34,030.54 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 253.04 |
| 4% | 0.69 |
| 3% | 0.51 |
| 5.5% | 670.07 |
| 5% | 91.30 |
| 4.8% | 172.34 |
| 5.4% | 781.52 |
| | _____ |
| | $ 1,969.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

